AUGUSTUS V. H. ELLIS et al., Respondents, *v.* TOWN OF PELHAM, Appellant.

*Ellis* v. *Town of Pelham*, 134 App. Div. 926, affirmed.
(Argued February 24, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 20, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to remove a cloud upon title by reason of defendant's claim of a right of way over the premises in question.

*Henry G. K. Heath* for appellant.

*Philip S. Dean* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.